Security Bank of Chicago, appellee, v. Electric Clock Corporation of America, appellant. Gen. No. 35,755.

Opinion filed April 25, 1932.

Joseph L. Golden and Maurice P. Golden, for appellant; Preston Clark, of counsel. Townley, Wild, Campbell & Clark, for appellee; Charles V. Clark, Glenn G. Paxton and Richard C. Blelock, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

In re Estate of Margaret B. Brooks, deceased, John M. Banker and Lena Nasal, appellants, v. Edwin Hamilton, executor of the estate of Margaret B. Brooks, deceased, appellee. Gen. No. 35,773.

Opinion filed April 25, 1932.

John H. Hill, for appellants. Justus Chancellor, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Lucille Rovas, appellee, v. The John Hancock Mutual Life Insurance Company, appellant. Gen. No. 35,785.

Opinion filed April 25, 1932. Rehearing denied May 9, 1932.

Hoyne, O'Connor & Rubinkam, for appellant. Emil Lang, for appellee; Emil Lang and Benjamin M. Washer, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

L. Bush Rossiter, defendant in error, v. F. E. Brightman, plaintiff in error. Gen. No. 35,670.

Opinion filed April 25, 1932.

Edward D. Feinberg, for plaintiff in error. David & Fainman, for defendant in error; Sigmund W. David and William J. Lederer, of counsel.

Mr. Justice Matchett delivered the opinion of the court.